der U.S.S.G. § 2L1.2(b)(1)(A)(i) for a prior conviction of a drug trafficking offense is warranted regardless whether the conviction for the prior offense required proof of remuneration or commercial activity.

Mejia also raises an argument that is foreclosed by *United States v. Rodriguez-Escareno*, 700 F.3d 751, 753–54 (5th Cir. 2012), which held that the sentence enhancement provided for in § 2L1.2(b)(1)(A)(i) applies to a conviction for the federal crime of conspiracy to commit a federal drug trafficking offense.

The motion for summary affirmance is GRANTED, the alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.

Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before JONES, SOUTHWICK, and COSTA, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Daniel Escobar–Rojas raises an argument that he concedes is foreclosed by *United States v. Rodriguez*, 711 F.3d 541, 562–63 (5th Cir.2013) (en banc), in which we held that the generic, contemporary definition of "sexual abuse of a minor" does not require that the age of consent be below 17 years old. The motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Daniel ESCOBAR–ROJAS,**
**Defendant–Appellant.**

**No. 15–40546**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 15, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Timothy William Crooks, Assistant Federal Public Defender, Margaret Christina Ling, Assistant Federal Public

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Ricardo PADILLA–CARDONA,**
**Defendant–Appellant.**

**No. 15–40496**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 15, 2015.

William Richardson Tatum, Esq., Assistant U.S. Attorney, U.S. Attorney's Office, Sherman, TX, for Plaintiff–Appellee.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.